# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JEFFREY LEE MEINING,

Defendant.

3:22-cr-00414-MO

**ORDER FOR ENTRY OF AGREED UPON ORDER OF RESTITUTION**

Pursuant to 18 U.S.C. §§ 3663 and 3663A, the parties stipulate that restitution for

Defendant's count of conviction, wire fraud in violation of 18 U.S.C. § 1343, is **$1,477,181.82**.

IT IS HEREBY ORDERED that the judgment in the above-captioned case is amended to

order restitution of **$1,477,181.82**. The Clerk of Court shall amend Defendant's judgment

accordingly.

Dated: Aug. 3 , 2026

_____
HONORABLE MICHAEL M. MOSMAN
Senior United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A Rykken*
KATHERINE A. RYKKEN, CSB # 267196
Assistant United States Attorney

**Order for Entry of Agreed Upon Amended Restitution**                          **Page 1**